# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERCY LAVAE BACON,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

    *Respondents*.

Case No. 2:15-cv-02466-RFB-VCF

ORDER

Petitioner has filed a habeas petition under 28 U.S.C. § 2254 without properly commencing the action by paying the filing fee or filing a pauper application. Petitioner attached a copy of the customer receipt for a money order with the petition, but the Clerk's administrative records confirm that the filing fee has not been paid for this action.

IT THEREFORE IS ORDERED that petitioner shall have thirty (30) days from entry of this order within which to have the filing fee of five dollars ($5.00) sent to the Clerk. Failure to timely comply with this order may result in dismissal without prejudice without further advance notice.

The Clerk shall SEND petitioner two copies of this order. Petitioner shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: February 26, 2017.

                                              RICHARD F. BOULWARE, II
                                              United States District Judge